211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: 09–45395–tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Raid E. Jamil
   aka Brian Jamil
   349 Woodhaven Dr.
   Commerce Twp., MI 48390

Social Security No.:
   xxx–xx–1223

Employer's Tax I.D. No.:

**NOTICE OF MISSING DOCUMENTS**

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **15** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non–Attorney Bankruptcy Petition Preparer (Form 19)
- ☐ Attorney Disclosure of Compensation Statement
- ☑ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Means Test (Form 22 A)
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney
- ☐ Application to Pay the Filing Fee in Installments
- ☐ Tax ID
- ☐ Statistical Summary of Certain Liabilities
- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules
- ☐ Schedules A–J
- ☐ Schedule A

- ☐ Schedule B
-    Schedule C:
- ☐ Debtor
- ☐ Joint Debtor
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J

The missing document(s) must be filed on or before **3/16/09** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 2/27/09

                                            BY THE COURT

                                            Katherine B. Gullo , Clerk of Court
                                            U.S. Bankruptcy Court