UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN - DETROIT

| | |
|---|---|
| In re: | Case No. 09-45395-tjt |
| Raid E. Jamil, | Chapter 7 |
| _____ Debtor _____ / | Hon. Thomas J. Tucker |

### DECLARATION OF DEBTOR IN LIEU OF
### CERTIFICATE OF COMPLIANCE WITH L.B.R. 1007-1(i) (E.D.M.)

The undersigned certifies that during the 60 days prior to the date of filing his petition he was unemployed. Accordingly, he has no "payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by the debtor from any employer of the debtor" to submit to the case trustee.

Date: 3/9/09                                             /s/ Raid E. Jamil
                                                         Raid E. Jamil

R. Soren Andersen (P28001)
Attorney for Debtors
4000 Crooks Rd., Ste. 208
Royal Oak, MI 48073
Telephone: (248) 435-4994
Email: andersenrs.mieb.ecf@comcast.net