# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

Raid E. Jamil,

Case No. 09-45395
Chapter 7
Hon. Thomas J. Tucker

     Debtor.

_____/

Charles J. Taunt, Trustee
     Plaintiff

Adversary Case No.

     v.

Justin Shayota
     Defendant

_____/

## COMPLAINT

The Plaintiff, Charles J. Taunt, Trustee (the "Plaintiff"), by and through his attorneys, Charles J. Taunt & Associates, PLLC, and for his Complaint against the Justin Shayota, pursuant to 11 U.S.C. §§544, 548, and 550 and M.C.L.A. §§566.34 and 566.35 (Uniform Fraudulent Transfer Act) states as follows:

1.     This Court has jurisdiction of this case pursuant to 28 USC §1334. Further, this is a core proceeding pursuant to 28 USC §157(b)(2)(H).

2.     Venue properly rests in this Court pursuant to 28 USC §1409(a).

3.     Plaintiff is the duly appointed and acting Trustee in this case.

4.     The Debtor filed for bankruptcy under Chapter 7 on February 26, 2009 (the "Petition Date").

| Check # | Payee | Date | Amount |
|---|---|---|---|
| 1915 | Networth Escalators | 1/3/2007 | $3,000.00 |
| 1914 | Imad Y. Gorghis - DBA Best Mexican Product | 1/5/2007 | $29,575.00 |
| 5 | Chase Home Finance LLC | 1/31/2007 | $5,820.56 |
| 1956 | Pure Flo | 2/2/2007 | $113.56 |
| 1513 | Lexus Financial | 2/9/2007 | $1,316.89 |
| 1520 | Dewey | 2/15/2007 | $35.00 |
| 1521 | Christian Children Fund | 2/15/2007 | $18.00 |
| 1523 | Ford Credit | 2/15/2007 | $435.82 |
| 1524 | Otay Water | 2/15/2007 | $152.95 |
| 1525 | Pure Flo | 2/15/2007 | $24.75 |
| 1527 | BMW Bank | 2/15/2007 | $459.03 |
| 1529 | Arabo for Assembly | 2/19/2007 | $5,300.00 |
| 1531 | Allstate | 2/28/2007 | $369.62 |
| 1532 | Cox | 2/28/2007 | $106.77 |
| 1533 | Otay Water | 2/28/2007 | $106.43 |
| 1534 | Allstate | 2/28/2007 | $91.67 |
| 1535 | Hilisdale Ranch Assoc. | 2/28/2007 | $305.00 |
| 1536 | Arrowhead Water | 2/28/2007 | $4,786.00 |
| 1538 | Chase Mortgage | 2/28/2007 | $5,800.56 |
| 1539 | Networth Escalators | 3/1/2007 | $3,000.00 |
| 1540 | Justin Shayota | 3/8/2007 | $9,000.00 |
| 1572 | Dewey | 3/9/2007 | $55.00 |
| 1573 | Waste Management | 3/9/2007 | $48.40 |
| 1574 | Cox Cable | 3/9/2007 | $293.80 |
| 1575 | Waste Management | 3/9/2007 | $66.35 |
| 1576 | Dewey | 3/9/2007 | $35.00 |
| 1577 | Land Rover | 3/9/2007 | $703.67 |
| 1579 | St. Jude | 3/9/2007 | $20.00 |
| 1580 | Children International | 3/9/2007 | $18.00 |
| 1581 | Lexus | 3/9/2007 | $1,316.89 |
| 1582 | Western Reserve Life | 3/9/2007 | $686.66 |
| 1583 | Western Reserve Life | 3/9/2007 | $403.33 |
| 1578 | Discover | 3/14/2007 | $992.82 |
| 1585 | Mike Jamil | 3/14/2007 | $500.00 |
| 1586 | Ford Credit | 3/23/2007 | $435.82 |
| 1589 | Pure Flo | 3/23/2007 | $16.50 |
| 1590 | Christian Children Fund | 3/23/2007 | $21.00 |
| 1591 | New York Life | 3/23/2007 | $272.50 |
| 1592 | BMW of North America | 3/23/2007 | $253.09 |
| 1594 | Advanced Prob'n Svcs | 3/23/2007 | $247.50 |
| 1596 | Otay Water | 3/23/2007 | $76.76 |
| 1597 | Allstate | 3/23/2007 | $91.67 |
| 1598 | Cox Cable | 3/23/2007 | $106.78 |
| 1599 | Allstate | 3/23/2007 | $191.62 |
| 1600 | Otay Water | 3/23/2007 | $102.46 |
| 1541 | Daimler Chrysler | 3/27/2007 | $822.68 |

| | | | |
|---|---|---:|---|
| 1587 BMW Financial | 3/27/2007 | $586.08 | |
| 1588 SDG&E | 3/27/2007 | $312.52 | |
| 1593 AT&T | 3/27/2007 | $226.51 | |
| 1595 AT&T | 3/27/2007 | $92.84 | |
| 1542 Chase Mortgage | 4/1/2007 | $5,800.56 | |
| 1543 Highlights for Children | 4/1/2007 | $20.70 | |
| 1545 Hilisdale Ranch Assoc. | 4/1/2007 | $305.00 | |
| 1546 Arrowhead Water | 4/1/2007 | $81.82 | |
| 1584 Mike Bacall | 4/1/2007 | $8,696.00 | |
| 1547 Networth Escalators | 4/2/2007 | $3,000.00 | |
| 1548 Arturo Gonzalez | 4/5/2007 | $2,125.00 | |
| 1544 Discover | 4/9/2007 | $1,722.36 | |
| 1549 Cox Cable | 4/11/2007 | $251.91 | |
| 1551 Western Reserve Life | 4/11/2007 | $686.66 | |
| 1552 Dewey | 4/11/2007 | $35.00 | |
| 1553 St. Jude | 4/11/2007 | $20.00 | |
| 1554 Lexus Financial | 4/11/2007 | $1,316.89 | |
| 1557 Land Rover | 4/11/2007 | $703.67 | |
| 1558 Dewey | 4/11/2007 | $55.00 | |
| 1560 Audi Financial | 4/11/2007 | $1,975.00 | |
| 1556 American Express | 4/16/2007 | $1,319.17 | |
| 1559 American Express | 4/16/2007 | $342.91 | |
| 1555 Capital One | 4/17/2007 | $118.00 | |
| 1561 Otay Water | 4/20/2007 | $146.79 | |
| 1562 BMW of North America | 4/20/2007 | $223.69 | |
| 1563 Western Reserve Life | 4/20/2007 | $403.33 | |
| 1564 Nordstrom | 4/20/2007 | $2,869.73 | |
| 1570 Otay Water | 4/20/2007 | $122.42 | |
| 1566 Ford Motor Credit | 4/26/2007 | $435.82 | |
| 1567 AT&T | 4/27/2007 | $90.78 | |
| 1568 AT&T | 4/27/2007 | $90.99 | |
| 1569 SDG&E | 4/27/2007 | $183.79 | |
| 1601 Sarmad Hallak | 5/25/2007 | $9,960.00 | ✗ |
| 1620 Nordstrom | 6/1/2007 | $142.65 | |
| 1621 Networth Escalators | 6/1/2007 | $3,000.00 | |
| 1606 Cox Cable | 6/4/2007 | $296.23 | |
| 1607 Chase Mortgage | 6/4/2007 | $11,891.15 | |
| 1609 Children International | 6/4/2007 | $22.00 | |
| 1610 Lexus Financial | 6/4/2007 | $1,316.89 | |
| 1612 Land Rover | 6/4/2007 | $703.67 | |
| 1613 Otay Water | 6/4/2007 | $108.72 | |
| 1614 Allstate | 6/4/2007 | $91.67 | |
| 1615 Hilisdale Ranch Assoc. | 6/4/2007 | $205.00 | |
| 1618 Cox Cable | 6/4/2007 | $110.53 | |
| 1619 BMW Bank of N. Amer. | 6/4/2007 | $328.31 | |
| 1608 Discover | 6/8/2007 | $429.78 | |
| 1611 Capital One | 6/8/2007 | $568.55 | |

| | | |
|---|---|---|
| 1616 Allstate | 6/11/2007 | $301.33 |
| 1617 Daimler Chrysler | 6/11/2007 | $822.68 |
| 1632 Children International | 6/18/2007 | $22.00 |
| 1626 Cash | 6/20/2007 | $9,900.00 |
| 1624 Jerry Pachq | 6/21/2007 | $9,800.00 |
| 1622 Ernesto Llano | 6/22/2007 | $8,000.00 |
| 1630 Brandy Wine | 6/23/2007 | $4,000.00 |
| 1623 Sycuan Resort | 6/26/2007 | $500.00 |
| 1627 Franci Kasawdisw | 6/26/2007 | $7,000.00 |
| 1629 Brandy Wine | 6/26/2007 | $5,000.00 |
| 1628 Steven Hirmez | 6/28/2007 | $6,520.00 |
| 1631 Capital Grove | 6/28/2007 | $753.67 |
| 1635 Cox | 6/28/2007 | $163.14 |
| 1636 Pure Flo | 6/28/2007 | $57.75 |
| 1639 Otay Water District | 6/28/2007 | $186.82 |
| 1640 Western Reserve Life | 6/28/2007 | $403.33 |
| 1641 Christian Children Fund | 6/28/2007 | $21.00 |
| 1642 Dewey | 6/28/2007 | $55.00 |
| 1643 Otay Water District | 6/28/2007 | $150.08 |
| 1645 Allstate | 6/28/2007 | $91.67 |
| 1646 Ford Credit | 6/28/2007 | $435.82 |
| 1647 American Express | 6/28/2007 | $18.48 |
| 1648 St. Jude | 6/28/2007 | $20.00 |
| 1652 BMW Bank of N. Amer. | 6/28/2007 | $500.00 |
| 1653 Dewey | 6/28/2007 | $35.00 |
| 1656 Arabo for Assembly | 6/28/2007 | $1,250.00 |
| 1661 David Akers | 6/30/2007 | $9,000.00 |
| 1657 Networth Escalators | 7/1/2007 | $3,000.00 |
| 1665 Alterations Lisa GAO | 7/2/2007 | $9,200.00 |
| 1667 Brandy Wine | 7/2/2007 | $5,000.00 |
| 1664 Sycuan Resort | 7/3/2007 | $500.00 |
| 1666 Alterations Lisa GAO | 7/3/2007 | $9,000.00 |
| 1633 Discover | 7/6/2007 | $281.37 |
| 1634 Allstate | 7/6/2007 | $301.33 |
| 1637 Daimler Chrysler | 7/6/2007 | $822.68 |
| 1644 AT&T | 7/6/2007 | $92.06 |
| 1649 SDG&E | 7/6/2007 | $340.13 |
| 1650 BMW Financial | 7/6/2007 | $586.08 |
| 1651 Western Reserve Life | 7/6/2007 | $686.66 |
| 1654 AT&T | 7/6/2007 | $96.74 |
| 1655 SDG&E | 7/6/2007 | $176.53 |
| 1658 AAA | 7/11/2007 | $154.74 |
| 1659 Chase Mortgage | 7/11/2007 | $5,800.36 |
| 1660 Waste Management | 7/11/2007 | $67.97 |
| 1691 Dewey | 7/11/2007 | $55.00 |
| 1694 Hilisdale Ranch Assoc. | 7/11/2007 | $205.00 |
| 1695 Waste Management | 7/11/2007 | $49.28 |

| | | |
|---|---|---|
| 1698 Cox Cable | 7/11/2007 | $288.08 |
| 1699 Dewey | 7/11/2007 | $35.00 |
| 1704 Western Reserve Life | 7/11/2007 | $686.66 |
| 1706 BMW Bank of N. Amer. | 7/11/2007 | $459.82 |
| 1669 David Harris | 7/14/2007 | $9,000.00 |
| 1705 Ford Motor Credit | 7/16/2007 | $468.51 |
| 1693 TMCC | 7/17/2007 | $1,316.89 |
| 1696 Audi Financial | 7/17/2007 | $975.00 |
| 1697 SDG&E | 7/17/2007 | $445.84 |
| 1703 Capital One | 7/17/2007 | $323.39 |
| 1702 AT&T | 7/18/2007 | $96.74 |
| 1707 Chase Home Finance LLC | 7/25/2007 | $0.20 |
| 1674 Cash | 7/27/2007 | $6,500.00 |
| 1708 Department of Treasury IRS | 7/27/2007 | $484.00 |
| 1675 David Miller | 7/28/2007 | $4,500.00 |
| 2038 Otay Water | 8/2/2007 | $126.48 |
| 1977 Ghada Jamil | 8/6/2007 | $3,000.00 |
| 1978 Justin Shayota | 8/8/2007 | $6,500.00 |
| 1679 Brenda Pena | 8/8/2007 | $4,610.00 |
| 1680 ACSC | 8/10/2007 | $159.74 |
| 1681 Otay Water District | 8/10/2007 | $146.91 |
| 1682 Chase Home Finance LLC | 8/10/2007 | $5,800.56 |
| 1684 Cox | 8/10/2007 | $230.42 |
| 1687 Children International | 8/10/2007 | $22.00 |
| 1689 24 Hour Fitness | 8/10/2007 | $49.00 |
| 1690 24 Hour Fitness | 8/10/2007 | $49.00 |
| 1712 Fitness Quest | 8/10/2007 | $54.07 |
| 1713 Western Reserve Life | 8/10/2007 | $686.66 |
| 1715 Dewey Pest Control | 8/10/2007 | $35.00 |
| 1717 St. Jude | 8/10/2007 | $20.00 |
| 1718 Dewey Pest Control | 8/10/2007 | $55.00 |
| 1721 Otay Water District | 8/10/2007 | $189.90 |
| 1723 Pure Flo | 8/10/2007 | $82.50 |
| 1724 Western Reserve Life | 8/10/2007 | $403.33 |
| 1725 Christian Children Fund | 8/10/2007 | $21.00 |
| 1727 Allstate | 8/10/2007 | $91.67 |
| 1728 Hilisdale Ranch Assoc. | 8/10/2007 | $205.00 |
| 1729 Cox | 8/10/2007 | $136.33 |
| 1731 Land Rover Capital Group | 8/10/2007 | $653.67 |
| 1734 Justin Shayota | 8/10/2007 | $8,000.00 |
| 1735 Brenda Pena | 8/10/2007 | $4,000.00 |
| 2040 AT&T | 8/11/2007 | $98.66 |
| 1732 Discover | 8/13/2007 | $1,183.72 |
| 1736 Mike Davis | 8/13/2007 | $6,080.00 |
| 1683 Audi Financial | 8/14/2007 | $975.00 |
| 1686 Capital One | 8/14/2007 | $740.45 |
| 1688 HFC | 8/14/2007 | $219.00 |

| | | |
|---|---|---:|
| 1710 SDG&E | 8/14/2007 | $364.70 |
| 1711 BMW Financial | 8/14/2007 | $613.15 |
| 1716 Ford Motor Credit | 8/14/2007 | $435.82 |
| 1722 Daimler Chrysler | 8/14/2007 | $822.68 |
| 1726 AT&T | 8/14/2007 | $95.65 |
| 1730 Allstate | 8/14/2007 | $301.33 |
| 1737 Cash | 8/15/2007 | $8,200.00 |
| 1738 Jon Miller | 8/15/2007 | $6,300.00 |
| 1739 Gary Vargas | 8/20/2007 | $5,500.00 |
| 1742 Clemente Saldana | 8/31/2007 | $9,000.00 |
| 1743 Thail Hannosl | 8/31/2007 | $5,000.00 |
| 1744 Networth Escalators | 9/3/2007 | $3,000.00 |
| 1745 Brandy Wine | 9/7/2007 | $8,000.00 |
| 1746 Khaled George | 9/10/2007 | $3,000.00 |
| 1747 Waste Management | 9/10/2007 | $60.40 |
| 1752 St. Jude | 9/10/2007 | $20.00 |
| 1754 Dewey | 9/10/2007 | $35.00 |
| 1755 Dewey | 9/10/2007 | $55.00 |
| 1756 Cox Cable | 9/10/2007 | $250.17 |
| 1757 Pure Flo | 9/10/2007 | $102.50 |
| 1761 Western Reserve Life | 9/10/2007 | $686.66 |
| 1762 Allstate Insurance | 9/10/2007 | $91.67 |
| 1763 Hilisdale Ranch Assoc. | 9/10/2007 | $215.00 |
| 1764 Arrowhead | 9/10/2007 | $89.91 |
| 1766 Children International | 9/10/2007 | $22.00 |
| 1768 IRS United States Treasury | 9/10/2007 | $21.02 |
| 1769 Land Rover | 9/10/2007 | $703.67 |
| 1771 Western Reserve Life | 9/10/2007 | $403.33 |
| 1772 Otay Water | 9/10/2007 | $211.71 |
| 1773 Pure Flo | 9/10/2007 | $33.00 |
| 1776 BMW Bank of N. Amer. | 9/10/2007 | $244.45 |
| 1777 Cox Cable | 9/10/2007 | $128.43 |
| 1778 Arrowhead | 9/10/2007 | $74.81 |
| 1779 Otay Water | 9/10/2007 | $147.91 |
| 1781 Carlos Villarreal | 9/13/2007 | $7,000.00 |
| 1782 Cash | 9/13/2007 | $500.00 |
| 1783 Clemente Saldana | 9/14/2007 | $9,000.00 |
| 1785 Brandy Wine | 9/14/2007 | $4,500.00 |
| 1786 Justin Shayota | 9/19/2007 | $11,400.00 |
| 1787 Brandy Wine | 9/21/2007 | $5,000.00 |
| 1788 Brandy Wine | 9/24/2007 | $5,000.00 |
| 1748 AT&T | 9/25/2007 | $197.14 |
| 1749 BMW Financial | 9/25/2007 | $586.08 |
| 1750 Ford Motor Credit | 9/25/2007 | $435.82 |
| 1751 SDG&E | 9/25/2007 | $627.34 |
| 1753 Capital One | 9/25/2007 | $156.95 |
| 1759 Audi Financial | 9/25/2007 | $975.00 |

| | | |
|---|---|---|
| 1760 SDG&E | 9/25/2007 | $627.34 |
| 1967 HFC | 9/25/2007 | $217.00 |
| 1774 AT&T | 9/25/2007 | $92.55 |
| 1765 Discover | 9/26/2007 | $291.58 |
| 1770 Allstate | 9/26/2007 | $301.33 |
| 1775 Daimler Chrysler | 9/26/2007 | $822.68 |
| 1789 Justin Shayota | 9/27/2007 | $8,000.00 |
| 1794 Justin Shayota | 10/1/2007 | $9,500.00 |
| 1758 TMCC | 10/2/2007 | $1,316.89 |
| 1793 Deposit | 10/2/2007 | $3,000.00 |
| 1795 Networth Escalators | 10/2/2007 | $3,000.00 |
| 1797 Justin Shayota | 10/4/2007 | $1,900.00 |
| 1800 Chase Home Finance LLC | 10/16/2007 | $6,110.59 |
| 1802 West Coast Deals | 10/16/2007 | $4,000.00 |
| 1803 Dewey Pest Control | 10/17/2007 | $70.00 |
| 1807 Ford Credit | 10/17/2007 | $435.82 |
| 1809 Otay Water District | 10/17/2007 | $179.32 |
| 1810 Children International | 10/17/2007 | $22.00 |
| 1812 Cox Communications | 10/17/2007 | $218.89 |
| 1813 Dewey Pest Control | 10/17/2007 | $110.00 |
| 1816 Hilisdale Ranch Assoc. | 10/17/2007 | $215.00 |
| 1818 Land Rover Capital Group | 10/17/2007 | $753.67 |
| 1820 Fitness Quest Inc | 10/17/2007 | $162.21 |
| 1821 BMW Bank of N. Amer. | 10/17/2007 | $530.51 |
| 1823 Christian Children Fund | 10/17/2007 | $21.00 |
| 1824 Otay Water District | 10/17/2007 | $494.84 |
| 1825 St. Jude | 10/17/2007 | $20.00 |
| 1826 Waste Management | 10/17/2007 | $44.06 |
| 1827 Cox Communications | 10/17/2007 | $268.65 |
| 1829 Western Reserve Life | 10/17/2007 | $403.33 |
| 1830 Western Reserve Life | 10/17/2007 | $686.66 |
| 1791 Lisa GAO | 10/19/2007 | $9,413.75 |
| 1804 AT&T | 10/22/2007 | $69.61 |
| 1806 BMW Financial | 10/22/2007 | $586.08 |
| 1808 AT&T | 10/22/2007 | $193.06 |
| 1815 Capital One | 10/22/2007 | $126.06 |
| 1819 Discover | 10/22/2007 | $378.37 |
| 1828 Mercedes Benz | 10/22/2007 | $863.81 |
| 1805 SDG&E | 10/23/2007 | $393.73 |
| 1811 TMCC | 10/23/2007 | $1,316.89 |
| 1814 SDG&E | 10/23/2007 | $510.97 |
| 1817 HFC | 10/23/2007 | $223.00 |
| 1831 Ernesto Llano | 10/29/2007 | $7,000.00 |
| 1835 Networth Escalators | 11/2/2007 | $3,000.00 |
| 1833 (printed out) cannot read | 11/6/2007 | $9,800.00 |
| 1834 Rafid Kate | 11/8/2007 | $9,700.00 |
| 1836 Carlos Villarreal | 11/9/2007 | $2,000.00 |

5.     Upon information and belief, Justin Shayota (the "Defendant") resides at 5367 Falmouth, Troy, MI 48085.

6.     Upon information and belief, the Debtor made the following transfers totaling $54,300.00 to the Defendant within two years of the Petition Date (the "Transfers"). A copy of the Debtor's records reflecting the Transfers are attached as Exhibit A.

| Date | Amount | Account # |
|------|--------|-----------|
| 03-08-07 | $9,000.00 | 320013477 |
| 08-08-07 | $6,500.00 | 320013477 |
| 08-10-07 | $8,000.00 | 320013477 |
| 09-19-07 | $11,400.00 | 320013477 |
| 09-27-07 | $8,000.00 | 320013477 |
| 10-01-07 | $9,500.00 | 320013477 |
| 10-04-07 | $1,900.00 | 320013477 |

## COUNT I – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §544(b)(1) AND M.C.L.A. §566.34

7.     The Plaintiff incorporates by reference the allegations in paragraphs one through six of this Complaint.

8.     Pursuant to the strong-arm clause of 11 U.S.C. §544(b)(1), the Trustee may avoid any transfer of an interest of the Debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

9.     Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

10.     Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

11.     Upon information and belief, the Debtor fraudulently transferred property to the Defendant to avoid payment to his unsecured creditors.

12.      Upon information and belief, "Badges of Fraud" exist which prove the Debtor's actual intent to hinder, delay, or defraud his creditors.

13.     Upon information and belief, the Debtor has listed on his schedules no non-exempt property, rendering the Transfers substantially all of Debtor's non-exempt property.

14.     Upon information and belief, the Debtor did not receive any consideration for the Transfers.

15.     Upon information and belief, the Debtor was insolvent or rendered insolvent at the time of the Transfers.

16.     Upon information and belief, the Transfers made by the Debtor were concealed.

17.     Upon information and belief, the Debtor concealed his assets or transfers of assets.

18.     Upon information and belief, the Transfers occurred within two years of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and M.C.L.A. §566.34 and enter judgment in his favor and against Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT II-AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. §544(b)(1) AND UNIFORM FRAUDULENT TRANSFER ACT: MCLA §566.35(1)

19.     Plaintiff incorporates paragraphs one through eighteen as though fully set forth herein.

20.     Pursuant to the strong-arm clause of 11 U.S.C. §544(b), the Trustee may avoid any transfer of an interest of the debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

21.     Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

22.     Defendant Justin Shayota received the Transfers from the Debtor.

23.     The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

24.     Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, the Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and MCLA §566.35(1) and enter judgment in his favor and against Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

## COUNT III – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §548(a)(1)(A)

25.     The Plaintiff incorporates by reference the allegations in paragraphs one through twenty-four of this Complaint.

26.     Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

27.     Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

28.     Upon information and belief, the Debtor fraudulently transferred money to the Defendant instead of repaying his unsecured creditors.

29.    Upon information and belief, "Badges of Fraud" exist which prove Debtor's actual intent to hinder, delay, or defraud his creditors.

30.    Upon information and belief, the Defendant had a special relationship with the Debtor, including close family and business ties.

31.    Upon information and belief, the Transfers were made to said person with a special relationship to the Debtor.

32.    Upon information and belief, Debtor has listed no non-exempt property on his schedules, rendering the Transfers substantially all of Debtor's non-exempt property.

33.    Upon information and belief, Debtor did not receive any consideration for the Transfers.

34.    The Debtor was insolvent at the time of the Transfers and rendered insolvent because of the transfers.

35.    Upon information and belief, occurred within two years of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 USC §548(a)(1)(A) and enter judgment in his favor and against the Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

## COUNT IV-AVOIDANCE OF FRAUDULENT TRANSFER
## PURSUANT TO 11 U.S.C. §548(a)(1)(B)

36.    Plaintiff incorporates paragraphs one through thirty-five as though fully set forth herein.

37.    Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

38.    Defendant Justin Shayota received the Transfers from the Debtor.

39.     The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

40.     Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §548(a)(1)(B) and enter judgment in his favor and against the Defendant in the sum of $54,300.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

## COUNT V – DISALLOWANCE OF CLAIM

41.     The Plaintiff realleges and incorporates by reference the allegations in Paragraphs one through forty of this Complaint.

42.     The Defendant may allege to have a claim against the estate.

43.     Pursuant to 11 USC §502(d), said claim shall be disallowed, except to the extent Defendant repays their liability under all Counts of this Complaint.

**WHEREFORE**, the Plaintiff respectfully requests that this Court disallow any claim(s) Defendant may have against the estate, except to the extent their liability under this Complaint is repaid.

## COUNT VI – RECOVERY OF AVOIDED TRANSFERS

44.     Plaintiff incorporates paragraphs one through forty-three as though fully set forth herein.

45.     To the extent that the Transfers are avoided under 11 U.S.C. §§544 and/or 548, Plaintiff is entitled to recover the Transfers from Justin Shayota, or any immediate or mediate transferee under 11 U.S.C. §550(a)(1).

**WHEREFORE**, Plaintiff respectfully requests that pursuant to 11 U.S.C. §550(a)(1), this Court allow recovery of the avoided Transfers, or the value thereof, from Justin Shayota and grant such other and further relief as this Court deems just and proper.

CHARLES J. TAUNT & ASSOCIATES, PLLC

By:   /s/ Scott Kwiatkowski
                 Attorney for Trustee
Dated:           700 E. Maple Rd., 2nd Floor
                 Birmingham, MI 48009
                 (248) 644-7800
                 skwiatkowski@tauntlaw.com
                 (P67871)