# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Raid E. Jamil,                 Case No. 09-45395
                                           Chapter 7
      Debtor.                Hon. Thomas J. Tucker
_____/

Charles J. Taunt, Trustee
     Plaintiff

                                           Adversary Case No.

     v.

Mike Jamil
     Defendant
_____/

# COMPLAINT

The Plaintiff, Charles J. Taunt, Chapter 7 Trustee (the "Plaintiff"), by and through his attorneys, Charles J. Taunt & Associates, PLLC, and for his Complaint against Mike Jamil, pursuant to 11 U.S.C. §§544, 547, 548, and 550 and M.C.L.A. §§566.34 and 566.35 (Uniform Fraudulent Transfer Act) states as follows:

    1.     This Court has jurisdiction of this case pursuant to 28 USC §1334. Further, this is a core proceeding pursuant to 28 USC §157(b)(2)(H).

    2.     Venue properly rests in this Court pursuant to 28 USC §1409(a).

    3.     Plaintiff is the duly appointed and acting Trustee in this case.

    4.     The Debtor filed for bankruptcy under Chapter 7 on February 26, 2009 (the "Petition Date").

5. Upon information and belief, Defendant Mike Jamil (the "Defendant") regularly conducts business at and owns Eight Mile Party Shoppe, located at 5601 E. Eight Mile Rd., Warren, Michigan 48091.

## COUNT I – AVOIDANCE OF PREFERENTIAL TRANSFER PURSUANT TO 11 U.S.C. §547

6. Plaintiff hereby incorporates by reference paragraphs one through five of this Complaint as though fully set forth herein.

7. Upon information and belief, the Debtor made the following transfers to the Defendant totaling $15,100.00 within one year of the Petition Date (the "Transfers"). A copy of the Debtor's records reflecting the Transfers is attached as Exhibit A.

| **Date** | **Amount** | **Account #** |
| --- | --- | --- |
| 03-14-08 | $7,700.00 | 320013477 |
| 10-10-08 | $4,000.00 | 320013477 |
| 11-17-08 | $3,400.00 | 320013477 |

6. The Transfers occurred within a year of the Petition Date.

7. Upon information and belief, the Defendant is the brother of the Debtor and is an insider to the Debtor pursuant to 11 U.S.C. § 101(31).

8. The Transfers were made to the Defendant on account of antecedent debts owed by Debtor to Defendant.

9. The Debtor was insolvent at the time of the Transfers.

10. The Transfers enabled the Defendant to receive more than Defendant would have received had the Transfers not been made and had Defendant instead received payment of its debt under the provisions of Chapter 7 of the Code.

11. The Transfers constitute a preference under Section 547(b) of the Code which may be avoided and recovered for the benefit of the Debtor's estate pursuant to Section 550 of the Code.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §547(b) and enter judgment in his favor and against Defendant in the sum of $15,100.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT II – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §544(b)(1) AND M.C.L.A. §566.34

12. The Plaintiff incorporates by reference the allegations in paragraphs one through eleven of this Complaint.

13. Pursuant to the strong-arm clause of 11 U.S.C. §544(b)(1), the Trustee may avoid any transfer of an interest of the Debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

14. Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

15. Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

16. Upon information and belief, the Debtor fraudulently transferred property to the Defendant to avoid payment to his unsecured creditors.

17. Upon information and belief, "Badges of Fraud" exist which prove the Debtor's actual intent to hinder, delay, or defraud his creditors.

18. Upon information and belief, the Debtor has listed on his schedules no non-exempt property, rendering the Transfers substantially all of Debtor's non-exempt property.

19. Upon information and belief, the Debtor did not receive any consideration for the Transfers.

20. Upon information and belief, the Debtor was insolvent or rendered insolvent at the time of the Transfers.

21. Upon information and belief, the Transfers made by the Debtor were concealed.

22. Upon information and belief, the Debtor concealed his assets or transfers of assets.

23. Upon information and belief, the Transfers occurred within a year of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and M.C.L.A. §566.34 and enter judgment in his favor and against Defendant in the sum of $15,100.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT III-AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. §544(b)(1) AND UNIFORM FRAUDULENT TRANSFER ACT: MCLA §566.35(1)

24. Plaintiff incorporates paragraphs one through twenty-three as though fully set forth herein.

25. Pursuant to the strong-arm clause of 11 U.S.C. §544(b), the Trustee may avoid any transfer of an interest of the debtor in property that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under §502.

26. Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

27. Defendant Mike Jamil received the Transfers from the Debtor.

28. The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

29. Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, the Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §544 and MCLA §566.35(1) and enter judgment in his favor and against Defendant in the sum of $15,100.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT IV – AVOIDANCE OF FRAUDULENT TRANSFER FOR ACTUAL FRAUD PURSUANT TO 11 U.S.C. §548(a)(1)(A)

30. The Plaintiff incorporates by reference the allegations in paragraphs one through twenty-nine of this Complaint.

31. Upon information and belief, Debtor made the Transfers with actual intent to hinder, delay, or defraud his creditors.

32. Upon information and belief, Debtor has unsecured creditors with claims allowable under 11 U.S.C. §502.

33. Upon information and belief, the Debtor fraudulently transferred money to the Defendant instead of repaying his unsecured creditors.

34. Upon information and belief, "Badges of Fraud" exist which prove Debtor's actual intent to hinder, delay, or defraud his creditors.

35. Upon information and belief, the Defendant had a special relationship with the Debtor, including close family and business ties.

36. Upon information and belief, the Transfers were made to said person with a special relationship to the Debtor.

37. Upon information and belief, Debtor has listed no non-exempt property on his schedules, rendering the Transfers substantially all of Debtor's non-exempt property.

38. Upon information and belief, Debtor did not receive any consideration for the Transfers.

39. The Debtor was insolvent at the time of the Transfers and rendered insolvent because of the transfers.

40. Upon information and belief, occurred within a year of the Petition Date.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 USC §548(a)(1)(A) and enter judgment in his favor and against the Defendant in the sum of $15,100.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT V-AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT TO 11 U.S.C. §548(a)(1)(B)

41. Plaintiff incorporates paragraphs one through forty-one as though fully set forth herein.

42. Upon information and belief, a creditor exists whose claim arose prior to the time the Transfers were made.

43. Defendant Mike Jamil received the Transfers from the Debtor.

44. The Debtor did not receive reasonably equivalent value in exchange for the Transfers.

45. Upon information and belief, the Debtor was insolvent at the time of the Transfers or became insolvent as a result of the transfers or obligations.

**WHEREFORE**, Plaintiff requests that this Court avoid the Transfers pursuant to 11 U.S.C. §548(a)(1)(B) and enter judgment in his favor and against the Defendant in the sum of $15,100.00, together with costs and attorney's fees, and such other relief as this Court deems just and proper.

### COUNT VI – DISALLOWANCE OF CLAIM

46. The Plaintiff realleges and incorporates by reference the allegations in Paragraphs one through forty-five of this Complaint.

47. The Defendant may allege to have a claim against the estate.

48. Pursuant to 11 USC §502(d), said claim shall be disallowed, except to the extent Defendant repays their liability under all Counts of this Complaint.

**WHEREFORE**, the Plaintiff respectfully requests that this Court disallow any claim(s) Defendant may have against the estate, except to the extent their liability under this Complaint is repaid.

### COUNT VII – RECOVERY OF AVOIDED TRANSFER

49. Plaintiff incorporates paragraphs one through forty-eight as though fully set forth herein.

50. To the extent that the Transfers are avoided under 11 U.S.C. §§544 and/or 548, Plaintiff is entitled to recover the Transfers from Mike Jamil, or any immediate or mediate transferee under 11 U.S.C. §550(a)(1).

**WHEREFORE**, Plaintiff respectfully requests that pursuant to 11 U.S.C. §550(a)(1), this Court allow recovery of the avoided Transfers, or the value thereof, from Mike Jamil and grant such other and further relief as this Court deems just and proper.

CHARLES J. TAUNT & ASSOCIATES, PLLC

By: /s/ Scott Kwiatkowski
Attorney for Trustee
Dated: October 13, 2009 700 E. Maple Rd., 2nd Floor
Birmingham, MI 48009
(248) 644-7800
skwiatkowski@tauntlaw.com
(P67871)

| # | Payee | Date | Amount |
|---|---|---|---|
| 1936 | Masoud Jamil | 12/26/2007 | $6,500.00 |
| 3 | Chase Home Finance LLC | 12/31/2007 | $5,801.00 |
| 1911 | Clemente Saldana | 1/2/2008 | $9,000.00 |
| 1913 | West Coast Deals | 1/4/2008 | $36,575.00 |
| 1910 | Assim Shamami | 1/8/2008 | $50,000.00 |
| 1916 | Imad Y. Gorghis - DBA Best Mexican Product | 1/11/2008 | $9,000.00 |
| 1918 | West Coast Deals | 1/12/2008 | $14,000.00 |
| 1937 | Masoud Jamil | 1/16/2008 | $7,300.00 |
| 1922 | La Bonita | 1/19/2008 | $1,000.00 |
| 2114 | Otay Water District | 1/20/2008 | $228.55 |
| 2115 | Sprint | 1/20/2008 | $170.83 |
| 2117 | St. Jude | 1/20/2008 | $20.00 |
| 2121 | Pure Flo | 1/20/2008 | $57.75 |
| 2124 | Cox | 1/20/2008 | $35.06 |
| 2126 | Otay Water District | 1/20/2008 | $120.13 |
| 2129 | Dewey | 1/20/2008 | $86.00 |
| 2130 | Hilisdale Ranch Assoc. | 1/20/2008 | $670.00 |
| 2132 | Cox | 1/20/2008 | $249.41 |
| 2136 | Christian Children Fund | 1/20/2008 | $21.00 |
| 1940 | La Bonita | 1/22/2008 | $9,000.00 |
| 2128 | SDG&E | 1/25/2008 | $523.10 |
| 2140 | Ford Motor Credit | 1/25/2008 | $904.23 |
| 1946 | Allstate Insurance | 1/26/2008 | $592.00 |
| 2116 | AT&T | 1/28/2008 | $198.92 |
| 2122 | AT&T | 1/28/2008 | $209.54 |
| 2127 | Waste Management | 1/28/2008 | $79.89 |
| 2120 | Waste Management | 1/29/2008 | $75.24 |
| 1948 | Haythem Elias | 2/1/2008 | $6,500.00 |
| 1949 | Networth Escalators | 2/4/2008 | $3,000.00 |
| 1951 | Cash | 2/20/2008 | $6,000.00 |
| 1957 | Allstate Insurance | 2/23/2008 | $718.87 |
| 1958 | Cox Cable | 2/23/2008 | $173.52 |
| 1959 | Cox Cable | 2/23/2008 | $307.97 |
| 1960 | Children International | 2/23/2008 | $66.00 |
| 2081 | Dewey Pest Control | 2/23/2008 | $35.00 |
| 2085 | St. Jude | 2/23/2008 | $20.00 |
| 2086 | Christian Children Fund | 2/23/2008 | $21.00 |
| 2087 | Otay Water | 2/23/2008 | $230.70 |
| 2088 | Otay Water | 2/23/2008 | $187.56 |
| 2082 | AT&T | 2/26/2008 | $110.05 |
| 2083 | AT&T | 2/26/2008 | $95.82 |
| 2084 | SDG&E | 2/27/2008 | $285.90 |
| 2090 | Networth Escalators | 3/3/2008 | $3,000.00 |
| 1952 | Eight Mile Party Shoppe | 3/14/2008 | $7,700.00 |
| 1953 | Peoples State Bank | 3/28/2008 | $7,500.00 |
| 2171 | U.C. San Diego | 3/28/2008 | $80.00 |
| 2175 | Land Rover | 3/28/2008 | $1,485.12 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 2177 | Allstate | 3/28/2008 | $299.52 |
| 2179 | Cox Cable | 3/28/2008 | $286.72 |
| 2180 | Otay Water | 3/28/2008 | $83.82 |
| 2181 | Cox Cable | 3/28/2008 | $216.13 |
| 2183 | Allstate | 3/28/2008 | $146.50 |
| 2185 | Children International | 3/28/2008 | $66.00 |
| 2186 | Kaiser Foundation | 3/28/2008 | $1,490.00 |
| 2190 | Hilisdale Ranch Assoc. | 3/28/2008 | $900.50 |
| 2191 | Cox Cable | 3/28/2008 | $260.12 |
| 2192 | Cloud Security Systems | 3/28/2008 | $66.00 |
| 2194 | Otay Water | 3/28/2008 | $103.53 |
| 2195 | St. Jude | 3/28/2008 | $20.00 |
| 2196 | New York Life | 3/28/2008 | $272.50 |
| 2197 | Christian Children Fund | 3/28/2008 | $21.00 |
| 2198 | Dewey Pest Control | 3/28/2008 | $35.00 |
| 2091 | AT&T | 4/1/2008 | $92.79 |
| 2172 | Ford Motor Credit | 4/1/2008 | $871.74 |
| 2176 | Audi Financial | 4/1/2008 | $410.01 |
| 2184 | AT&T | 4/1/2008 | $102.80 |
| 2178 | SDG&E | 4/2/2008 | $197.15 |
| 2187 | Echostar | 4/2/2008 | $61.47 |
| 2188 | Waste Management | 4/2/2008 | $75.18 |
| 2189 | Waste Management | 4/2/2008 | $95.56 |
| 2193 | Retail Services | 4/2/2008 | $179.71 |
| 2199 | SDG&E | 4/2/2008 | $289.25 |
| 2200 | SDG&E | 4/2/2008 | $153.48 |
| 2173 | Mercedes Benz | 4/3/2008 | $1,958.28 |
| 1954 | Cash | 4/14/2008 | $8,700.00 |
| 2094 | John Noble | 4/30/2008 | $6,250.00 |
| 2097 | Golden Pools | 5/2/2008 | $98.00 |
| 2098 | U.S. Airways | 5/2/2008 | $90.38 |
| 2145 | Hilisdale Ranch Assoc. | 5/2/2008 | $205.00 |
| 2146 | Children International | 5/2/2008 | $22.00 |
| 2149 | Otay Water District | 5/2/2008 | $202.09 |
| 2150 | Dewey Pest Control | 5/2/2008 | $70.00 |
| 2152 | Padre Dam (?) | 5/2/2008 | $212.79 |
| 2155 | Cox Communications | 5/2/2008 | $229.41 |
| 2157 | St. Jude | 5/2/2008 | $20.00 |
| 2160 | Cox Communications | 5/2/2008 | $123.62 |
| 2162 | Otay Water District | 5/2/2008 | $109.89 |
| 2164 | Christian Children Fund | 5/2/2008 | $21.00 |
| 2167 | Grossmont Hospital - Sharp | 5/2/2008 | $211.64 |
| 2169 | Grossmont Hospital - Sharp | 5/2/2008 | $11.80 |
| 2170 | Grossmont Hospital - Sharp | 5/2/2008 | $40.00 |
| 2151 | Ford Motor Credit | 5/12/2008 | $468.51 |
| 2099 | Echostar | 5/13/2008 | $117.94 |
| 2147 | Allstate | 5/13/2008 | $299.52 |

| Check # | Payee | Date | Amount |
|---|---|---|---|
| 2156 | AT&T | 5/13/2008 | $105.00 |
| 2158 | Audi Financial | 5/13/2008 | $410.01 |
| 2159 | Waste Management | 5/13/2008 | $77.77 |
| 2166 | Waste Management | 5/13/2008 | $56.74 |
| 2100 | Kaiser Permanente | 5/14/2008 | $2,520.00 |
| 2101 | Kaiser Permanente | 5/14/2008 | $722.00 |
| 2102 | Ford | 5/14/2008 | $468.51 |
| 2103 | Cox Communications | 5/14/2008 | $287.11 |
| 2104 | SDG&E | 5/14/2008 | $232.57 |
| 2105 | Chase | 5/14/2008 | $4,389.91 |
| 2107 | Cox Communications | 5/14/2008 | $230.17 |
| 2108 | Orkin | 5/14/2008 | $78.42 |
| 2109 | Golden Pools | 5/14/2008 | $314.52 |
| 2148 | AT&T | 5/14/2008 | $96.92 |
| 2154 | SDG&E | 5/14/2008 | $211.70 |
| 2161 | Mercedes Benz | 5/14/2008 | $822.68 |
| 2165 | SDG&E | 5/14/2008 | $196.75 |
| 2141 | Cash | 5/16/2008 | $7,000.00 |
| 1964 | La Bonita | 5/20/2008 | $9,000.00 |
| 1965 | La Bonita | 5/20/2008 | $9,000.00 |
| 2142 | Peoples State Bank | 5/22/2008 | $7,500.00 |
| 2143 | Cash | 6/7/2008 | $6,900.00 |
| 2144 | Cash | 6/16/2008 | $8,900.00 |
| 2053 | USE Credit Union | 6/24/2008 | $2,244.00 |
| 2056 | Cox Communications | 6/24/2008 | $220.33 |
| 2057 | Cox Communications | 6/24/2008 | $123.58 |
| 2058 | Otay Water District | 6/24/2008 | $396.23 |
| 2059 | Otay Water District | 6/24/2008 | $275.31 |
| 2065 | Allstate Indemnity Company | 6/24/2008 | $599.04 |
| 2066 | Ford Credit | 6/24/2008 | $435.82 |
| 2067 | Dewey Pest Control | 6/24/2008 | $70.00 |
| 2068 | Christian Children Fund | 6/24/2008 | $21.00 |
| 2069 | Pure Flo Water | 6/24/2008 | $24.75 |
| 2070 | Kaiser Foundation | 6/24/2008 | $2,290.00 |
| 2071 | Imperial Valley Radiology | 6/24/2008 | $18.00 |
| 2074 | Hilisdale Ranch Assoc. | 6/24/2008 | $1,151.00 |
| 2075 | Kaiser Permanente | 6/24/2008 | $63.00 |
| 2076 | St. Jude | 6/24/2008 | $20.00 |
| 2054 | SDG&E | 6/30/2008 | $123.58 |
| 2055 | SDG&E | 6/30/2008 | $237.98 |
| 2061 | AT&T | 6/30/2008 | $224.87 |
| 2062 | AT&T | 6/30/2008 | $206.41 |
| 2063 | Allstate | 6/30/2008 | $450.83 |
| 2064 | Allstate | 6/30/2008 | $193.18 |
| 2072 | Mercedes Benz | 6/30/2008 | $1,686.49 |
| 2073 | BMW Financial | 6/30/2008 | $1,211.17 |
| 2077 | Echostar | 6/30/2008 | $56.47 |

| # | Payee | Date | Amount |
|---|---|---|---|
| 2078 | SDG&E | 6/30/2008 | $510.54 |
| 2025 |  | 7/1/2008 | $3,800.00 |
| 2022 | West Coast Deals | 7/2/2008 | $9,850.00 |
| 2023 | Kavenish LTD LP | 7/3/2008 | $6,000.00 |
| 2028 | Chris Selmu | 7/26/2008 | $6,000.00 |
| 2027 | SCC IC EL Centr | 7/28/2008 | $445.00 |
| 1968 | Nordstrom | 8/2/2008 | $272.59 |
| 1970 | Grossmont Medical | 8/2/2008 | $6.21 |
| 1971 | 24 Hour Fitness | 8/2/2008 | $49.00 |
| 1972 | 24 Hour Fitness | 8/2/2008 | $49.00 |
| 1975 | Dewey | 8/2/2008 | $35.00 |
| 1976 | Waste Management | 8/2/2008 | $79.92 |
| 2031 | Cox Cable | 8/2/2008 | $244.65 |
| 2032 | Cox Cable | 8/2/2008 | $445.28 |
| 2033 | Cox Cable | 8/2/2008 | $297.55 |
| 2035 | SDG&E | 8/2/2008 | $262.85 |
| 2036 | SDG&E | 8/2/2008 | $201.14 |
| 2037 | Otay Water District | 8/2/2008 | $230.88 |
| 2045 | Christian Children Fund | 8/2/2008 | $21.00 |
| 2046 | Kaiser Health Plan | 8/2/2008 | $1,242.00 |
| 2047 | Waste Management | 8/2/2008 | $58.31 |
| 2048 | Kaiser Health Plan | 8/2/2008 | $130.00 |
| 2049 | St. Jude | 8/2/2008 | $20.00 |
| 2050 | Golden Pools | 8/2/2008 | $120.19 |
| 1978 | Allstate | 8/4/2008 | $593.00 |
| 2034 | SDG&E | 8/7/2008 | $238.58 |
| 1967 | Macys | 8/8/2008 | $5.94 |
| 1969 | Echostar | 8/8/2008 | $122.94 |
| 1977 | BMW Financial | 8/8/2008 | $2,478.54 |
| 2043 | Allstate | 8/8/2008 | $56.70 |
| 2044 | Ford Motor Credit | 8/8/2008 | $435.82 |
| 2080 | Audi Financial | 8/8/2008 | $410.01 |
| 1973 | Mercedes Benz | 8/11/2008 | $863.81 |
| 1974 | Retail Services | 8/11/2008 | $863.81 |
| 2039 | AT&T | 8/11/2008 | $73.57 |
| 2041 | Waste Management | 8/11/2008 | $58.31 |
| 2042 | Allstate | 8/11/2008 | $193.18 |
| 1979 | Sorem Pastore | 9/5/2008 | $2,000.00 |
| 1980 | Wells Fargo Bank | 9/5/2008 | $10,130.00 |
| 1981 | West Coast Deals | 9/8/2008 | $6,000.00 |
| 1991 | West Coast Deals | 9/19/2008 | $9,000.00 |
| 1992 | West Coast Deals | 9/19/2008 | $9,500.00 |
| 1993 | Signature Beverage | 9/25/2008 | $36,960.00 |
| 1997 | Rafid Kate | 9/26/2008 | $9,000.00 |
| 2000 | 8 Mile Party Shoppe | 9/26/2008 | $9,500.00 |
| 2001 | CVB | 10/2/2008 | $4,000.00 |
| 2003 | Steve Hanren | 10/2/2008 | $6,000.00 |

| ID | Name | Date | Amount |
|---|---|---|---|
| 2004 | Signature Beverage | 10/6/2008 | $5,500.00 |
| 2006 | Maximiliano Romeo Fimbres | 10/9/2008 | $9,000.00 |
| 2007 | Keg N Bottle | 10/10/2008 | $8,400.00 |
| 2010 | 8 Mile Party Shoppe | 10/10/2008 | $4,000.00 (6K) |
| 2005 | Amer Khairo (?) | 10/13/2008 | $5,000.00 |
| 2009 | Randy Saco | 10/13/2008 | $5,000.00 |
| 2013 | Good Prices | 10/21/2008 | $7,000.00 |
| 2014 | Lisa GAO | 10/24/2008 | $5,000.00 |
| 2016 | 8 Mile Party Shoppe | 10/27/2008 | $9,000.00 ✔ |
| 1995 | CMI | 10/28/2008 | $8,000.00 |
| 2020 | Clemente Saldana | 10/28/2008 | $3,600.00 |
| 2017 | Richard Gamo | 10/31/2008 | $5,500.00 |
| 1982 | 8 Mile Party Shoppe | 11/17/2008 | $3,400.00 (UC) |
| 1983 | Pleasant Lake Elementary | 11/18/2008 | $18.00 |
| 1950 | Clemente Saldana | ? | $9,000.00 |
| 2011 | Hiltop Market | ? | $6,000.00 |
| 2079 | Padre Dam (?) | | $563.16 |