UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Raid E. Jamil,
                                         Case No. 09-45395
Debtor.                                    Chapter 7
_____/     Hon. Thomas J. Tucker

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PAPERS**

NOW COMES Matthew L. Boyd of Charles J. Taunt & Associates, PLLC, attorneys for Charles J. Taunt, Trustee, in the above-referenced case and requests: (1) that his name at the below address be added to the case docket; and (2) that he be served with a copy of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.

                                                    *CHARLES J. TAUNT & ASSOCIATES, PLLC*

                                                    /s/ Matthew L. Boyd
                                                   Matthew L. Boyd (P73012)
                                                   Attorney for Chapter 7 Trustee
                                                   700 East Maple Road, Second Floor
                                                   Birmingham, MI 48009
Dated: December 16, 2009                (248) 644-7800
                                                   mboyd@tauntlaw.com