# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 09-45395-TJT | | **Trustee Name:** | Charles J. Taunt |
| **Case Name:** | JAMIL, RAID E. | | **Date Filed (f) or Converted (c):** | 02/26/2009 (f) |
| **For the Period Ending:** | 2/10/2010 | | **§341(a) Meeting Date:** | 04/02/2009 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Cash on Hand Debtor | $200.00 | $200.00 | DA | $0.00 | FA |
| 2 Checking account (joint account) | $54.00 | $54.00 | DA | $0.00 | FA |
| 3 Household furnishings | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| 4 ousehold Electronics | $500.00 | $500.00 | DA | $0.00 | FA |
| 5 Wearing apparel | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 6 Jewelry Residence | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 7 Abartoera Mundial SDRL | Unknown | $0.00 | DA | $0.00 | FA |
| 8 2008 Federal Income tax refund | $1,100.00 | $1,100.00 | DA | $0.00 | FA |
| 9 2008 California income tax refund | $100.00 | $100.00 | DA | $0.00 | FA |
| 10 Fraudulent Transfer Complaint against Mike Jamil | $0.00 | Unknown | | $0.00 | Unknown |
| 11 Fraudulent Transfer Complaint against Justin Shayota | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**    $6,454.00    $6,454.00    **Gross Value of Remaining Assets**    $0.00    $0.00

**Major Activities affecting case closing:**
02/10/2010    Trustee is currently litigating two fraudulent transfer complaints.

**Initial Projected Date Of Final Report (TFR):**    12/10/2010    /s/ CHARLES J. TAUNT
**Current Projected Date Of Final Report (TFR):**    CHARLES J. TAUNT